JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID W. SCONCE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CENTRAL DISTRICT COURT OF CALIFORNIA, et al.,<br><br>　　　　　Defendants. | Case No. 2:21-cv-05031-ODW-PD<br><br>**JUDGMENT** |

　　Pursuant to the Order granting Plaintiff's Request for Voluntary Dismissal,

　　IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: October 4, 2021.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　OTIS D. WRIGHT, II
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE